UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 22-0358 (RC) |
| : | |
| KATELYN BARTOW, : | |
| : | |
| Defendant. : | |

**SENTENCING SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **December 1, 2023 at 2:00 p.m.** in **Courtroom 23A**;

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **October 20, 2023**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **November 3, 2023**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **November 10, 2023** and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **November 17, 2023**, with all responses (if any) due by **November 27, 2023**, and all such memoranda and responses thereto must cite to supporting legal authority.

   **SO ORDERED**.

Dated: July 20, 2023                                             RUDOLPH CONTRERAS
                                                                 United States District Judge