UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | Case No. 1:22-CR-358-RC |
| | ) | |
| **KATELYN BARTOW**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION TO PROCEED BY VIDEO HEARING

Ms. Bartow, the defendant, respectfully moves for an order converting her upcoming sentencing hearing, scheduled for January 18, 2023, to a video proceeding and permitting the parties to appear remotely. All appearances thus far have been conducted in similar fashion, with the Court's consent, and there have been no issues. Ms. Bartow has appeared for all.

Insofar as she pleaded guilty to a Class B misdemeanor with a statutory maximum of 6 months and no Sentencing Guideline application, the hearing itself is anticipated to be straightforward (at least relative to others with complicated issues arising from the events of January 6th), without the type of objections and fact-finding that often takes place at sentencing. We believe the information in the PSR, along with the parties' ample submissions, would permit the Court to exercise its discretion without losing any benefit that appearing in person may otherwise have.

To appear in person, Ms. Bartow would have to travel to Washington from Upstate New York, miss potentially two days of work at the ranch, and make childcare arrangements for her son, in the event that he does not accompany her to Washington. We recognize that such burdens are not necessarily unique to Ms. Bartow, and that some January 6 defendants have needed to travel even further distances at greater expense. If she needs to appear in person, she will. Nevertheless,

we believe this is a case, as was true for her brother and co-defendant, where the Court can proceed remotely.

In addition, since the PSR interview and the parties' submissions in November, we have learned that Ms. Bartow is pregnant and expecting a second child later this year. While she is not so far along such that travel would be particularly problematic or ill-advised, in a moment where she is already stressed, we ask she be spared the additional stress of winter travel through a lengthy car or train ride, or a series of multiple flights. The Government has been consulted and has no objection to proceeding by video. For this reason, we respectfully waive Ms. Bartow's right to appear in person and ask that the Court conduct the sentencing hearing by video instead.

January 9, 2023

                                               Respectfully submitted,

                                               /s Jeremy B. Sporn, NDNY # 703650
                                             Assistant Federal Public Defender
                                             Northern District of New York
                                             54 State Street, Suite 310
                                             Albany, New York 12207
                                             518-436-1850
                                             Jeremy_sporn@fd.org

.

## CERTIFICATE OF SERVICE

I hereby certify that in filing the above document electronically, I have caused notification to be made upon opposing counsel for the United States, and all parties.

                                               /s Jeremy B. Sporn