UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

<u>US District Court, District of Columbia</u>
PLAINTIFF

VS.

CASE NO. 22-cr-358-RC-1

<u>Katelyn Bartow</u>
DEFENDANT(S)

## MOTION

I, Katelyn Bartow, am requesting my Passport be returned as soon as Possible.

_____
Signature

<u>Katelyn Bartow</u>
Name (if applicable, Prisoner ID No.)

<u>1467 Hadley Hill Rd</u>
Address/Facility Address

<u>Hadley</u>      <u>NY</u>   <u>12835</u>
City           State   Zip Code

Rev: 8/8/2024
*Use additional pages as needed

Created with Scanner Pro